**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| **DIANE CEGELSKI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 1:09-cv-00447-WCG** |
| **v.** | ) | |
| | ) | |
| **COLLECTCORP CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### STIPULATION TO DISMISS PURSUANT TO SETTLEMENT

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

**For Plaintiff, Diane Cegelski**                    **For Defendant, CollectCorp Corporation**

  s/ David M. Marco                                          s/ Scott W. Henry
Larry P. Smith & Associates, Ltd.                    Segal McCambridge Singer & Mahoney Ltd.

**Date:**         July 22, 2009
**Name:**        LARRY P. SMITH & ASSOCIATES, LTD.
**Attorney for:** Plaintiff
**Address:**     205 N. Michigan Ave., 40th floor
**City:**          Chicago, Illinois 60601
**Telephone:**  (312) 222-9028 (x812)
**Facsimile:**   (888) 418-1277
**E-mail:**       dmarco@smithlaw.us